Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WOLFORD AMERICA, INC., a New York corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-06137-VAP-AS<br><br>Honorable Judge Virginia A. Phillips<br>Courtroom 8A, 8th Floor<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: July 29, 2021<br>Trial Date: None |

Plaintiff, Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: October 8, 2021                    Respectfully Submitted,

/s/ Thiago M. Coelho
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 8, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: October 8, 2021         */s/ Thiago M. Coelho*
                               Thiago M. Coelho