JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| CRYSTAL REDICK, | |
| Plaintiff, | Case No. 2:21-cv-06137-VAP-ASx |
| v. | **ORDER OF DISMISSAL** |
| WOLFORD AMERICA, INC., et al., | |
| Defendants. | |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: October 12, 2021

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

1